

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-21-00046-CV

**IN RE** Brad **LARSEN**, RentWerx LLC d/b/a Larsen Properties, and Leah Larsen,
Relator(s)

Original Mandamus Proceeding[1]

### OPINION ON REAL PARTIES IN INTEREST'S MOTION FOR EN BANC RECONSIDERATION

Opinion by:       Patricia O. Alvarez, Justice

Sitting en banc:      Rebeca C. Martinez, Chief Justice
                    Patricia O. Alvarez, Justice
                    Luz Elena D. Chapa, Justice
                    Irene Rios, Justice
                    Beth Watkins, Justice
                    Liza A. Rodriguez, Justice
                    Lori I. Valenzuela, Justice

Delivered and Filed: October 6, 2021

MOTION FOR EN BANC RECONSIDERATION GRANTED; PETITION FOR WRIT OF MANDAMUS DENIED

On May 5, 2021, a panel from this court issued an opinion and order conditionally granting Relators' petition for writ of mandamus. Real Parties in Interest timely filed a motion for rehearing, which the panel denied on June 9, 2021. On June 24, 2021, Real Parties in Interest timely filed a motion for en banc reconsideration.

---

[1] This proceeding arises out of Cause No. 2018-CI-10309, styled *Stephen D. Schumacher and Shannon Schumacher v. Brad Larsen, Individually; RentWerx LLC d/b/a Larsen Properties; and Leah Larsen*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel, Jr. presiding.

The en banc court, having considered the mandamus record, the panel's May 5, 2021 opinion, the en banc motion, response, and reply, concludes Relators failed to show that the trial court abused its discretion. Thus, Relators are not entitled to the relief sought.

We grant the Real Parties in Interest's motion, withdraw the panel's May 5, 2021 opinion and order, substitute this opinion and order in their stead, and deny Relators' petition for writ of mandamus.

Patricia O. Alvarez, Justice